IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA         5:09-MJ-333 (DEP)
FOR A SEALING ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNSEALING ORDER

Upon the application of Andrew T. Baxter, United States Attorney (by Lisa M. Fletcher, Assistant U.S. Attorney) and good cause having been shown, the attached criminal complaint and affidavit are UNSEALED until further Order of this Court.

Dated: August 5, 2008
       Syracuse, New York

_____
Hon. Gustave J. DiBianco
United States Magistrate Judge